**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA (ORLANDO)**

HAWK TECHNOLOGY SYSTEMS, LLC,

    Plaintiff,

                                                                                      Case No.:  6:16-CV-01281-GAP-TBS

v.

THE DRESS BARN, INC.

    Defendant.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

    COMES NOW, the Defendant, THE DRESS BARN, INC., by and through the undersigned, and files this Unopposed Motion for Extension of Time.  Defendant asks for an additional thirty days to respond, to and including September 11, 2016.

    Plaintiff's counsel has kindly consented to this request.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of August, 2016, a true and correct copy of the foregoing was furnished to plaintiffs' counsel Angela Lipscomb, 2 S. Biscayne Blvd. PH 3800, Miami, FL 33131 by the CM/ECF system.

                                                    /s/ William F. Jung  
                                                    **William F. Jung, Esq.**  
                                                    FBN: 380040  
                                                    *Jung & Sisco, P.A.*  
                                                    101 E. Kennedy Blvd., Ste. 3920  
                                                    Tampa, FL 33602  
                                                    P: (813) 225-1988  
                                                    F: (813) 225-1392  
                                                    wjung@jungandsisco.com  
                                                    Counsel for Defendant